IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Karen Michelle Harvin,<br><br>      Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner<br>of Social Security,<br><br>      Defendant. | C/A No. 4:16-0429-MBS-TER<br><br><br><br>**O R D E R** |

  Plaintiff Karen Michelle Harvin filed the within action on February 11, 2016, seeking judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's application for disability insurance benefits.

  On August 26, 2016, Defendant filed a motion to remand the case pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. Plaintiff consents to remand of this action to an administrative law judge. Accordingly,

  **IT IS ORDERED** that the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative action. The Clerk of Court shall enter a final judgment in accordance with Fed. R. Civ. P. 58.

  **IT IS SO ORDERED**.

                /s/ Margaret B. Seymour
                Senior United States District Judge

Columbia, South Carolina

August 26, 2016