AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Karen Michelle Harvin<br>*Plaintiff*<br>v.<br>Carolyn W. Colvin,<br>Acting Commissioner of Social Security<br>*Defendant* | )<br>)<br>)  Civil Action No.    4:16-cv-429-MBS<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This action is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative action.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge, on Defendant's Motion to Remand.

Date:   August 26, 2016

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*