IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Karen Michelle Harvin, | ) |
| | ) C/A No. 4:16-0429-MBS-TER |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **O R D E R** |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Plaintiff Karen Michelle Harvin filed the within action on February 11, 2016, seeking judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's application for disability insurance benefits. On August 26, 2016, the court remanded the case pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

This matter now is before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, which motion was filed November 23, 2016. Counsel moves for attorneys' fees in the amount of $3,423.38, representing 17.9 hours at $191.25 per hour, plus $16.00 in expenses and costs, for a total of $3,439.38. On December 2, 2016, Defendant filed a response informing the court that she does not oppose Plaintiff's motion.

Plaintiff's motion for fees under the EAJA (ECF No. 20) is **granted** in the amount of $3,439.38, to be paid directly to Plaintiff, as required by <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (2010).

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
December 6, 2016